IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES CLEARANCE MCCRAY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2173

Opinion filed June 7, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Matt Shirk, Public Defender, and Elizabeth Webb, Assistant Public Defender, for
Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking a belated appeal of the judgment and sentence rendered on

January 29, 2016, in Duval County Circuit Court case number 2013-CF-007143-

AXXX-MA, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal. The court notes that by order of May 10, 2016, the lower tribunal has appointed the Office of the Public Defender to represent appellant on appeal.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.